O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 08-658M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| RAFAEL CASTILLO LARIOS, ) | |
| ) | |
| Defendant. ) | |

I.

A.  (  ) On motion of the Government involving an alleged

    1.  (  )  crime of violence;

    2.  (  )  offense with maximum sentence of life imprisonment or death;

    3.  (  )  narcotics or controlled substance offense with maximum sentence of ten or more years

         (21 U.S.C. §§  801,/951, et. seq..,/955a);

    4.  (  )  felony - defendant convicted of two or more prior offenses described above.

B.  On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

    1.  ( X)  serious risk defendant will flee;

    2.  (  )  serious risk defendant will

        a. (  )  obstruct or attempt to obstruct justice;

        b. (  )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1  II.

2  The Court finds no condition or combination of conditions will reasonable assure:

3  A. ( X )   appearance of defendant as required; and/or

4  B. ( ) safety of any person or the community;

5  III.

6  The Court has considered:

7  A. ( x ) the nature and circumstances of the offense;

8  B. (x) the weight of evidence against the defendant;

9  C. (x) the history and characteristics of the defendant;

10  D. ( ) the nature and seriousness of the danger to any person or to the community.

11  IV.

12  The Court concludes:

13  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15  B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16  **Defendant is undocumented. He has no ties to the community and no bail**
17  **resources.**

18

19  C. ( ) A serious risk exists that defendant will:

20       1. ( )   obstruct  or  attempt to  obstruct  justice;

21       2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24       provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8 Dated: November 18, 2008

Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)     - 3 -     Page 3 of 3